Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

Attorneys for Plaintiff
Donna Jackson

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DONNA JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST NATIONAL BANK OF OMAHA<br><br>    Defendant. | Case No.: 2:20-cv-01295-DSF-JC<br><br>**PLAINTIFF'S SUPPLEMENTAL STATEMENT** |

Pursuant to Fed. R. Civ. P. 56, Plaintiff Donna Jackson ("Plaintiff" or "Ms. Jackson"), files this Supplemental Statement in response to the Court's Order re Supplemental Briefing re Plaintiff Donna Jackson's Motion for Summary Judgment, entered on April 20, 2021 (Docket Entry No. 37). In support of her Supplemental Statement, Plaintiff states as follows:

## I. STATEMENT

Counsel for Plaintiff and Defendant have meet and conferred regarding the potential for additional discovery that may be needed in light of the Supreme Court's holding in Facebook, Inc. v. Duguid, No. 19-511, 2021 WL 1215717 (U.S. Apr. 1,

2021). The Parties have agreed to engage in additional discovery that is limited to the dialing system used by FNBO. Defendant did not take issue with Plaintiff requesting up to an additional 180 days for such discovery. The discovery will include limited written discovery as well as a follow up deposition.

In addition to the supplemental discovery, Plaintiff has consulted with an expert regarding the dialing system used by FNBO and will likely seek to use that expert's testimony to supplement her pending Motion for Summary Judgment. The Parties are optimistic that the additional discovery can be completed within the next 120 days.

Plaintiff proposes the following supplemental discovery schedule:

| | |
|---|---|
| Fact cut off: | August 1, 2021 |
| Expert cut off: | September 9, 2021 |
| Plaintiff's Supplemental Response: | October 31, 2021 |
| Defendant's Response: | November 10, 2021 |

Plaintiff does not need to engage in any additional discovery with respect to the Rosenthal Fair Debt Collection Practices Act or Intrusion Upon Seclusion causes of action identified in her Amended Complaint. Plaintiff considers those issues fully briefed in her Motion for Summary Judgment.

**DATED**: May 12, 2021         **Gale, Angelo, Johnson, & Pruett, P.C.**

By:     */s/ Joe Angelo*
        Joe Angelo
        Attorney for Plaintiff