UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA JACKSON,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>FIRST NATIONAL BANK OF OMAHA,<br>　　　Defendant. | CV 20-1295 DSF (JCx)<br><br>Order re Modified Discovery Schedule (Dkt. 38) |

　　　On April 20, 2021 the Court ordered the parties to submit additional briefing to clarify whether FNBO's system is an autodialer under the definition articulated in Facebook, Inc. v. Duguid, No. 19-511, 2021 WL 1215717, at *3 (U.S. Apr. 1, 2021). Dkt. 37. On May 12, 2021, Jackson submitted a supplemental statement, stating the parties agreed to engage in supplemental written discovery and a follow up deposition, limited to FNBO's dialing system. Dkt. 38 at 2. Jackson represents that FNBO does not "take issue" with up to an additional 180 days for supplemental discovery. Id.

　　　The Court therefore orders the following extended discovery schedule, limited to discovery regarding FNBO's dialing system:

| | |
|---|---|
| Fact cut off: | August 1, 2021 |
| Expert cut off: | September 9, 2021 |
| Plaintiff's Supplemental Response: | October 31, 2021 |
| Defendant's Response: | November 10, 2021 |

IT IS SO ORDERED.

Date: May 17, 2021

_____
Dale S. Fischer
United States District Judge