Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Donna Jackson

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Donna Jackson<br><br>Plaintiff,<br><br>v.<br><br>First National Bank of Omaha<br><br>Defendant. | Case No.: 2:20-cv-01295-DSF-JC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT FIRST NATIONAL BANK OF OMAHA. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Donna Jackson and defendant First National Bank of Omaha, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of First National Bank of Omaha within 28 days once the settlement is finalized.

Dated: January 24, 2022

**Gale, Angelo, Johnson, & Pruett, P.C.**
/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1